[Criminal No. 116.]

AUGUSTIN CHALON, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham.   O. T. Rouse, Judge.

William M. Lovell, J. M. McCullum, and R. S. Patterson, for Appellant.

J. F. Wilson, Attorney-General, Wiley E. Jones, and William H. Barnes (of Counsel), for Respondent.

February 23, 1897.   Affirmed.

---

[Criminal No. 117.]

NICHOLAS MITHEIAS, Respondent, v. THE TERRITORY OF ARIZONA, Appellant.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.   O. T. Rouse, Judge.

J. F. Wilson, Attorney-General, and F. M. Doan, District Attorney, for Appellant.

John S. Sniffen, for Respondent.

February 23, 1897.   Affirmed.